**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Randy L. Tigar             CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 22-12990 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 and index same on the master mailing list.

                                   Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
14 Nov 2022, 12:07:07, EST

             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322