**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 7 |
| | : | |
| **Randy L. Tigar** | : | |
| | : | |
| Debtor | : | Bky. No. 22-12990 PMM |

**O R D E R**

**AND NOW,** the Court having entered an Order to Show Cause why this case should not be dismissed for the Debtor's failure to obtain credit counseling prior to the commencement of this case (doc. #7), see 11 U.S.C. §109(h)(1);

**AND** the Court having scheduled a telephonic hearing on that matter for Tuesday, November 22, 2022, at 11:00 a.m.;

**AND** the Debtor's Counsel appeared at the hearing and failed to offer a satisfactory explanation as to why the Debtor did not obtain credit counseling prior to filing his bankruptcy petition;

It is therefore hereby **ORDERED** that this bankruptcy case is **DISMISSED**.

Date: **November 22, 2022**

/s/ Patricia M. Mayer
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE