United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-12990-pmm
Randy L. Tigar                                                                                       Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |
| cr | + | Newtek Small Business Finance, LLC, c/o John J. Winter, Esquire, Chartwell Law, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| 14734084 | | Apothaker, Scian and Associates, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 14734085 | | Bergey's, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 14734086 | | Berkheimer Tax Admin, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14734088 | | Christopher M. Reid, Esqyuire, 3101 Emrick Blvd Ste 205, Bethlehem, PA 18020-8037 |
| 14734089 | | Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910 |
| 14734090 | | Cognetti and Cimini, 538 Spruce St Ste 800, Scranton, PA 18503-1862 |
| 14734091 | | Collins Enterprises, Inc., 445 US Route 2, East Wilton, ME 04294 |
| 14734092 | | Commonwealth of Pennsylvani, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14734093 | | Coopersburg Kenworth, 1930 Route 309, Coopersburg, PA 18036-2801 |
| 14734094 | | EZ Pass of New Jersey, c/o Professional Account Mgmt, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 14734096 | | Hale Brake and Wheel Inc., PO Box 1400, Voorhees, NJ 08043-7400 |
| 14734097 | | Island Park Development, 400 Island Park Rd, Easton, PA 18042-6814 |
| 14734098 | | Island Park, Development, LLC, 400 Island Park Rd Bldg 1, Easton, PA 18042-6814 |
| 14734099 | # | Jan Delena, 5200 Freemansburg Ave Lot 15, Easton, PA 18045-5561 |
| 14734100 | | Joan D. Daly, Esquire, 1 Penn Center 1617 JFK Blvd Ste 1010, Philadelphia, PA 19019 |
| 14734101 | | Jonathan J. Russell, Esquire, Bailiwick Office Campus, PO Box 1306, Doylestown, PA 18901-0117 |
| 14734104 | | MDJ 03-3-02, Honorable Douglas Schlegel, 31 W 1st St Ste 1, Wind Gap, PA 18091-1515 |
| 14734103 | | Macmillian Oil Co., 1715 E Tremont St, Allentown, PA 18109-1661 |
| 14734107 | | NMTFA, 1001 N Fairfax St Ste 600, Alexandria, VA 22314-1798 |
| 14734105 | | New Tek Business Finance LLC, 1981 Marcus Ave Ste 130, New Hyde Park, NY 11042-1046 |
| 14735685 | + | Newtek Small Business Finance LLC, c/o John J. Winter, Esq., 970 Rittenhouse Road, Suite 300, Eagleville PA 19403-2265 |
| 14734106 | | Newtek Small Business Finance LLC, c/o Chartwelll Law, 970 Rittenhouse Rd Ste 300, Eagleville, PA 19403-2265 |
| 14735112 | + | Newtek Small Business Finance, LLC, c/o John J. Winter, Esq., Chartwell Law, 970 Rittenhouse Rd., Suite 300, Eagleville, PA 19403-2265 |
| 14734108 | | Northampton DRS, 669 Washington St, Easton, PA 18042-7401 |
| 14734109 | | Princips Capital LLC, 111 Town Square Pl Ste 700, Jersey City, NJ 07310-2768 |
| 14734110 | | Progressive Commerical, NFP Property & Casualty, 360 Mount Kemble Ave, Morristown, NJ 07960-6662 |
| 14734112 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2017-02358, 669 Washington St, Easton, PA 18042-7401 |
| 14734115 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2018-9627, 669 Washington St, Easton, PA 18042-7401 |
| 14734116 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2019-11655, 669 Washington St, Easton, PA 18042-7401 |
| 14734114 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2019-8810, 669 Washington St, Easton, PA 18042-7401 |
| 14734111 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2020-01812, 669 Washington St, Easton, PA 18042-7401 |
| 14734113 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2020-2989, 669 Washington St, Easton, PA 18042-7401 |
| 14734117 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2022-00843, 669 Washington St, Easton, PA 18042-7401 |
| 14734119 | | RCN, 100 Baltimore Dr, Wilkes Barre, PA 18702-7955 |
| 14734120 | | Ready Refresh, PO Box 856192, Louisville, KY 40285-6192 |
| 14734121 | | Redi Cycle LLC, 5262 Northway Rd, Cogan Station, PA 17728-8332 |
| 14734122 | | Richard W. Kiefer, Esquire, Keifer Law Firm, LLC, 311 Market St, Kingston, PA 18704-5428 |
| 14734123 | | Schlesinger & Kerstetter, LLP, attn.: Todd P. Kerstetter, Esquire, 545 N 2nd St, Shamokin, PA 17872-5148 |
| 14734124 | | Star Buick GMC, Cadillac LLC, 200 Country Club Rd, Easton, PA 18045-2341 |
| 14734125 | | Superior Court of New Jersey, Warren County-Chancery, 413 2nd St, Belvidere, NJ 07823-1528 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 53 |

| | | |
|---|---|---|
| 14737281 | + | U.S. Bank National Association as trustee, C/O Michael Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Nov 23 2022 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 23 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2022 00:14:38 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 00:14:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14735037 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2022 00:14:45 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14734083 | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2022 00:05:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14734087 | Email/Text: bankruptcy@cavps.com | Nov 23 2022 00:05:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 4A, Valhalla, NY 10595-2323 |
| 14734095 | Email/Text: bankruptcy@fult.com | Nov 23 2022 00:05:00 | Fulton Bank, Loan Operations, PO Box 69, East Petersburg, PA 17520-0069 |
| 14735637 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14734490 | + Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 00:14:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14734118 | * | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |
| 14734102 | ## | Kaitlyn McEwan, 1034 Hellertown Rd, Bethlehem, PA 18015-9520 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 53

Date: Nov 24, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:**

**Name**  **Email Address**

JOHN J. WINTER
  on behalf of Creditor Newtek Small Business Finance LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com

LYNN E. FELDMAN
  trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MICHAEL J. MCCRYSTAL
  on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com sueparalegal@gmail.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Randy L. Tigar | : | |
| | : | |
| Debtor | : | Bky. No. 22-12990 PMM |

## O R D E R

**AND NOW,** the Court having entered an Order to Show Cause why this case should not be dismissed for the Debtor's failure to obtain credit counseling prior to the commencement of this case (doc. #7), see 11 U.S.C. §109(h)(1);

**AND** the Court having scheduled a telephonic hearing on that matter for Tuesday, November 22, 2022, at 11:00 a.m.;

**AND** the Debtor's Counsel appeared at the hearing and failed to offer a satisfactory explanation as to why the Debtor did not obtain credit counseling prior to filing his bankruptcy petition;

It is therefore hereby **ORDERED** that this bankruptcy case is **DISMISSED**.

Date: **November 22, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE